No. 1099, Misc. STEVENS v. NORTHWESTERN NATIONAL CASUALTY CO. OF MILWAUKEE. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Robert B. Gosline* for respondent.

No. 1120, Misc. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Albert E. Jenner, Jr.* and *Thomas P. Sullivan* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1121, Misc. GOFORTH v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 1138, Misc. SAMMARCO v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1139, Misc. MAY v. FIDELITY & DEPOSIT CO. OF MARYLAND. C. A. 10th Cir. Certiorari denied. *Bentley M. McMullin* for petitioner.

No. 1144, Misc. FLETCHER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1171, Misc. NEMIRE v. NEW YORK. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied.